IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Denise | Case Number: 05 B 32115 |
| | Judge: Hollis, Pamela S |
| Printed: 8/12/08 | Filed: 8/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 30, 2008
Confirmed: January 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,838.20 | |
| Secured: | | 9,767.94 |
| Unsecured: | | 535.50 |
| Priority: | | 0.00 |
| Administrative: | | 914.00 |
| Trustee Fee: | | 620.76 |
| Other Funds: | | 0.00 |
| Totals: | 11,838.20 | 11,838.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 914.00 | 914.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,000.00 | 0.00 |
| 4. | General Motors Acceptance Corp | Secured | 3,322.94 | 3,322.94 |
| 5. | Countrywide Home Loans Inc. | Secured | 6,445.00 | 6,445.00 |
| 6. | United States Dept Of Education | Unsecured | 5,718.00 | 270.19 |
| 7. | United States Dept Of Education | Unsecured | 5,614.97 | 265.31 |
| 8. | Illinois Student Assistance Commission | Unsecured | 330.98 | 0.00 |
| 9. | Kinecta Federal Credit Union | Secured | | No Claim Filed |
| 10. | Litton Loan Servicing | Secured | | No Claim Filed |
| 11. | Litton Loan Servicing | Secured | | No Claim Filed |
| 12. | Cook County Treasurer | Priority | | No Claim Filed |
| 13. | Kinecta Federal Credit Union | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Home Depot | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,345.89 | $ 11,217.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 192.07 |
| 5% | 94.84 |
| 4.8% | 115.19 |
| 5.4% | 218.66 |
| | _____ |
| | $ 620.76 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Williams, Denise | Case Number:  05 B 32115 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/12/08 | Filed:  8/15/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

